1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DREAMDEALERS USA, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01298-RFB-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| SPEED VEGAS LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

Pending before the Court is a discovery plan through which Defendants seek a stay of discovery. Docket No. 30.  The Court hereby **SETS** a hearing on the discovery plan and stay request for 3:00 p.m. on November 3, 2016, in Courtroom 3A.

IT IS SO ORDERED.

DATED: October 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge