# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DREAMDEALERS USA, LLC, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:16-cv-01298-RFB-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| SPEED VEGAS LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The Local Rules require that any party "who has *reason to believe* that an action on file or about to be filed is related to another action on file (whether active or terminated) *must* file in each action and serve on all parties in each action a notice of related cases." Local Rule 42-1 (emphasis added). A recent filing in this case suggests that this case may meet the definition of a related case under Local Rule 42-1 with the parties' previous case at 2:12-cv-01151-GMN-PAL. *See* Docket No. 40. To date, no notice of related case has been filed. The Court directs counsel to review Local Rule 42-1 and, if counsel believes the instant case may be deemed related to the previous case, a notice of related cases shall be filed in compliance with Local Rule 42-1 no later than November 17, 2016.

IT IS SO ORDERED.

DATED: November 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge