# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DREAMDEALERS USA, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>SPEED VEGAS LLC, et al.,<br><br>    Defendant(s). | Case No. 2:16-cv-01298-RFB-NJK<br><br>**Order** |

On February 8, 2018, this case was stayed pending Chapter 11 bankruptcy proceedings. Docket No. 78. The parties are ordered to file a status report by June 9, 2022.

IT IS SO ORDERED.

Dated: May 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge